# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv43

| | |
|---|---|
| **BEVERLY & CAREY CRESPO,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| **OCWEN LOAN SERVICING, LLC,** et al., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court is the Motion for entry of Default [# 21]. Plaintiffs move for the entry of default against Defendants. Upon consideration of the record, Plaintiffs' motion, and the relevant legal authority, the Court **DENIES** the motion [# 21].

Signed: March 9, 2017

Dennis L. Howell
United States Magistrate Judge