# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Beverly Crespo and Carey A Crespo, ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiffs, ) | | 1:16-cv-00043-MOC-DLH |
| ) | | |
| vs. ) | | |
| ) | | |
| Christina Trust, OCWEN Loan ) | | |
| Servicing, LLC, Mortgage Electronic ) | | |
| Registration Systems, Inc., and Bank ) | | |
| of America, N.A., ) | | |
| Defendants. ) | | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2018 Order.

March 8, 2018

Frank G. Johns, Clerk
United States District Court